B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re  James E. Mickey                                          Case No.  2:19-bk-53683

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust | Nationstar Mortgage LLC d/b/a Mr. Cooper |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corporation
 323 Fifth Street
 Eureka, CA 95501

Court Claim # (if known):  6-1
Amount of Claim:  $78,799.06
Date Claim Filed:  07/31/2019

Phone:  800.603.0836
Last Four Digits of Acct #:  1161

Phone:  877.343.5602
Last Four Digits of Acct. #:  9058

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                                    Date: 01/23/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.